# GARFUNKEL WILD, P.C.
ATTORNEYS AT LAW

111 GREAT NECK ROAD • GREAT NECK, NEW YORK 11021
TEL (516) 393-2200 • FAX (516) 466-5964
www.garfunkelwild.com

COLLEEN M. TARPEY
Senior Attorney
Licensed in NY
Email: ctarpey@garfunkelwild.com
Direct Dial: (516) 393-2536

FILE NO.: 13165.0008

May 13, 2016

**BY ECF**

Honorable A. Kathleen Tomlinson, USMJ
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722-9014

    Re:    *Neurological Surgery, P.C. et al., v. Northrop Grumman Systems Corporation*
           15-Civ.-4191 (DRH)(AKT)

Dear Magistrate Judge Tomlinson:

We represent the Plaintiffs in the referenced matter and pursuant to your Court Order dated May 3, 2016, we have served the non-party patient identified as M.M. with copies of the Orders dated May 3, 2016 and March 25, 2016 as well as a copy of the Stipulated Protective Order. We have also served Winthrop University Hospital as Ordered. In light of the privacy issues we respectfully request that the affidavits of service on M.M. be filed under seal for these services.

Thank you.

Respectfully submitted,

Colleen M. Tarpey

Enclosures

cc: Robert Carl Weissflach, Esq. (by ECF)
      Bruce Cohn, Esq., Winthrop University Hospital (by email and first class mail)
      M.M. (by first class mail)